**NOT FOR PUBLICATION**

**FILED**

DEC 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-16724 |
| Plaintiff-Appellee, | D.C. Nos. 3:15-cv-03865-CRB |
| v. | 3:88-cr-00336-CRB |
| CALVIN L. ROBINSON, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Northern District of California
Charles R. Breyer, District Judge, Presiding

Submitted December 17, 2018**

Before: WALLACE, SILVERMAN, and McKEOWN, Circuit Judges.

Calvin L. Robinson appeals pro se from the district court's order denying his

motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Robinson contends that he is eligible for a sentence reduction under

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Amendments 505 and 782 to the Sentencing Guidelines. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Leniear*, 574 F.3d 668, 672 (9th Cir. 2009). Robinson was convicted of offenses involving substances that corresponded to 180,981 kilograms of marijuana. Even after Amendment 505 and Amendment 782, the guideline range applicable to Robinson remains 360 months to life. *See* U.S.S.G. § 2D1.1(c)(1) (2014). Because neither amendment lowered Robinson's applicable guideline range, the district court correctly concluded that he is ineligible for a sentence reduction. *See* 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10(a)(2)(B); *Leniear*, 574 F.3d at 674.

To the extent Robinson challenges his underlying conviction and sentence, such claims are not cognizable in a section 3582(c)(2) proceeding. *See Dillon v. United States*, 560 U.S. 817, 831 (2010).

**AFFIRMED.**

2                                                          17-16724